IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:11cv29**

| | |
|---|---|
| PAULINE B. SIMUEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNIVERSITY OF NORTH CAROLINA ) | |
| AT CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on its own motion. After reviewing the above captioned case, the undersigned hereby recuses himself from the above captioned matter.

**IT IS THEREFORE ORDERED** that this case be re-assigned to another District Judge.

So ordered.

Signed: January 19, 2011

Graham C. Mullen
United States District Judge