IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-029-RJC-DCK

| | |
|---|---|
| PAULINE B. SIMUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE, | ) ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. A "Report Of Mediator" (Document No. 17) notifying the Court that the parties have completely settled this case was filed with the Court on February 3, 2012. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, on or before **February 17, 2012**.

Signed: February 3, 2012

David C. Keesler
United States Magistrate Judge